CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 21 2017
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

Plaintiff - Rufus M. Glover - PO Box 2471 - Roanoke, Va. 24010

v.

Defendant(s)

Case # 7:17CV284

John D. Brown - 1227 Patterson Ave.

Lady Brenda Brown   P.O. Box 11282
                    Roanoke, Va - 24022

Rufus McLain Glover - Social security number XXX-XX-8615 - Church - $75,000 - if married filling jointly. Rufus M. Glover - $9,900

1.) John D. Brown and Lady Brenda Brown filed fraudulent taxes in my name, Rufus M. Glover.

2.) I, Rufus M. Glover, request a trial by jury.

The relief requested is $75,000, to the church and $9,900 to myself, Rufus M. Glover.

Rufus M. Glover

~~3038 Melrose Ave # 403~~
~~Roanoke, Va. 24017~~
(540) 793-5006