IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RUFUS M. GLOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:17-cv-00284 |
| | ) | |
| JOHN D. BROWN, *et al.*, | ) | By: Elizabeth K. Dillon |
| | ) | United States District Judge |
| Defendants. | ) | |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion, it is hereby ORDERED that plaintiff's motion to proceed *in forma pauperis* is GRANTED, but no summonses should issue at this time. Instead, plaintiff has 30 days from the entry of this order to file an amended complaint setting forth the basis for the court's jurisdiction. His amended complaint shall also provide any additional detail he wants to submit in support of his claim.

The clerk is directed to provide a copy of this order and the memorandum opinion to Mr. Glover at his address of record.

Entered: June 23, 2017.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge